STATE OF NEW JERSEY v. JULIO FERRER.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL WILLIAMS.

October 18, 1988.

Petition for certification denied.

STATE OF NEW JERSEY v. SANDRA VINES.

October 18, 1988.

Petition for certification denied.

PETER BINKEWITZ, SR. v. ALLSTATE INSURANCE COMPANY,
ET AL.

October 18, 1988.

Petition for certification denied.